**2006–1216.   State v. Shaffer.**
Union App. No. 14–05–55, 2006-Ohio-2662. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed. Motion to consolidate denied.

**2006–1253.   State v. James.**
Cuyahoga App. No. 85638, 2005-Ohio-5562. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER and O'DONNELL, JJ., dissent.

**2006–1353.   O'Connor v. Trans World Servs., Inc.**
Franklin App. No. 05AP–560, 2006-Ohio-2747. On motion for stay of court of appeals' judgment. Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2006–1382.   State v. Gregorino.**
Portage App. No. 2003–P–0071, 2004-Ohio-4698. On motion for stay of court of appeals' judgment. Motion denied.
    MOYER, C.J., dissents.

**2006–1389.   State v. Large.**
Portage App. No. 2005–P–0013, 2006-Ohio-3422. On motion to stay sentence and to continue bond. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–0952.   Vitantonio, Inc. v. Baxter.**
Lake App. No. 2005–L–004, 2006-Ohio-1685.
    RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2006–0957.   Prouse, Dash & Crouch, LLP v. DiMarco.**
Cuyahoga App. No. 86324, 2006-Ohio-1538.
    O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0973.   Cruz v. Cumba–Ortiz.**
Cuyahoga App. No. 86572, 2006-Ohio-1362.
    PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2006–1010.   State v. Peterson.**
Greene App. No. 2005 CA 44, 2006-Ohio-1816. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.

**2006–1011.   State v. Woullard.**
Greene App. No. 2005 CA 61, 2006-Ohio-1804. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.

**2006–1018.   State v. Nance.**
Allen App. No. 1–05–73, 2006-Ohio-1777. Discretionary appeal accepted; cause held for the decision in 2006–0875, *State v. Williams,* Allen App. No. 1–05–74, 2006-Ohio-1409; and briefing schedule stayed.

**2006–1025.   Norfolk S. Ry. Co. v. Bogle.**
Cuyahoga App. No. 86339, 2006-Ohio-1540.
    RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2006–1032.   State v. Campbell.**
Warren App. No. CA2005–06–069. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.